

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2016

**BY ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/23/16
```

The Honorable Analisa Torres
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

> Re: *United States* v. *Julio Alvarez et al.*,
> No. 16 Cr. 395 (AT)

Dear Judge Torres:

      The Government writes to request that the Court schedule an initial pretrial conference in the above-referenced matter. After conferring with defense counsel and Chambers, the Government asks that the conference be scheduled on June 28, 2016 at 3 pm. In addition, to allow time for the Government to produce discovery and for defense counsel to begin reviewing that discovery, and with the consent of the defendants, the Government also requests, pursuant to 18 U.S.C. §3161(h)(7)(A), and in the interest of justice, that the Court exclude time under the Speedy Trial Act until June 28, 2016, or any other date that the Court sets for the conference.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Sidhardha Kamaraju
Assistant United States Attorney
Tel: (212) 637-6523

cc: All Counsel (via ECF)

GRANTED. The initial conference is scheduled for **June 28, 2016**, at **3:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY, 10007. For the reasons set forth above, the time from June 22 through June 28, 2016 is excluded from the Speedy Trial calculation in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: June 23, 2016
      New York, New York

_____
ANALISA TORRES
United States District Judge